# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN C. SERPA, INDIVIDUALLY AND
AS TRUSTEE OF THE JOHN C. SERPA
TRUST,
            Appellant,
vs.
FIRST FINANCIAL BANK, N.A.,
            Respondent.

No. 69535



FILED

JUN 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment on a deficiency action. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Appellant has filed a notice of substitution of counsel. NRAP 46(e)(2). The clerk of this court shall remove Mir Saied Kashani and the law firm of Lemons, Grundy & Eisenberg as counsel of record for appellant and appellant shall proceed in pro se. The clerk shall file the motion for voluntary dismissal received on June 9, 2016. Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed.[1] NRAP 42(b).



_____, C.J.

---

[1]Appellant's request for release of the cost bond is denied without prejudice to appellant's right to move the district court for release of the bond. *See* NRAP 7 (indicating that a bond for costs on appeal is filed in the district court along with the notice of appeal).

SUPREME COURT
OF
NEVADA

(O) 1947A

16-19084

cc: Hon. Jerome M. Polaha, District Judge
Margaret M. Crowley, Settlement Judge
John C. Serpa, Sr.
Lemons, Grundy & Eisenberg
Mir Saied Kashani
Fennemore Craig Jones Vargas/Reno
Washoe District Court Clerk